UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TONIA SUE FETTY,

    Plaintiff,

v.

Civil No. 22-cv-11068
Hon. Matthew F. Leitman

KILOLO KIJAKAZI, Acting
Commissioner of Social Security,

    Defendant.
_____/

## JUDGMENT

In accordance with the Order Remanding Case Under Sentence Four Per Parties' Stipulation entered on this date,

IT IS ORDERED AND ADJUDGED that the case is REMANDED to the Commissioner of Social Security for further proceedings in accordance with that order.

    /s/Matthew F. Leitman
    MATTHEW F. LEITMAN
    UNITED STATES DISTRICT JUDGE

Dated: September 7, 2022